IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                         Case No. 2:20-cr-20

Ricardo Mendoza-Venegas
aka Ricardo Mendoza


<u>ORDER</u>

The court hereby accepts the Rule 11(c)(1)(C) sentence agreement entered into by the parties in this case because the court is satisfied that there are justifiable reasons for accepting the agreement, and that accepting the plea agreement will not undermine the statutory purposes of sentencing and adequately takes into account the statutory sentencing factors.


Date: October 2, 2020       <u>      s/James L. Graham      </u>
                               James L. Graham
                               United States District Judge